IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TOTAL INTELLECTUAL PROPERTY PROTECTION SERVICES, INC.
952 Upper Meadows Place
Henderson, Nevada. 89052
President of the INC . Michael Shane Adams
Phone 702-755-7742
Plaintiff,

v.

25-1995 C

No._____

THE UNITED STATES,
United States of America The White House
1600 Pennsylvania AVE NW
Washington, DC 20500
Phone: 202-456-1414
Defendant.

COMPLAINT

I. JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1491 (the Tucker Act), which grants the United States Court of Federal Claims jurisdiction to render judgment upon claims against the United States founded upon express or implied contracts with the United States.

II. PARTIES

2. Plaintiff, Michael Shane Adams President of TOTAL INTELLECTUAL PROPERTY PROTECTION SERVICES, INC is a citizen of the United States residing at 952 Upper Meadows Place. Henderson, Nevada. 89052.

3. Defendant is the United States of America, acting through its agencies and officials.

Received – USCFC

NOV 2 1 2025

Clerk, U.S. Court of Federal Claims

717 Madison Place, N.W., Room 103

Washington, D.C. 20439

---

III. FACTS

4. On or about 2010, and again in 2015, Plaintiff entered into express or implied contracts with the United States, through the United States Patent and Trademark Office and the Office of the President, later confirmed under the 2023 President of the United States. These contracts were for the creation of intellectual property frameworks necessary to establish and support a constitutionally grounded dual economic system. This system was designed to benefit the Congress of the United States, the Senate of the United States, the Supreme Court of the United States, and the nation as a whole, through presidential actions historically undertaken to rebuild and stabilize the banking economy.

The dual economic structure is defined as follows:

- **Economic System One**: Insurance at the top, banks in the middle, real estate at the bottom, wrapped by advertising.

- **Economic System Two**: Real estate at the top, banks in the middle, insurance at the bottom, also wrapped by advertising.

This framework increases the economic value of the United States to approximately three times its current debt. For example, with an estimated $40 trillion in national debt, the economic systems now hold a projected value of $120 trillion, inclusive of crypto assets. An invoice reflecting this value was transmitted from the President of the United States, Joseph Biden, to Speaker of the House Mike Johnson on March 7, 2024. The subsequent letter from the President constitutes a legal acknowledgment of the debt owed. Accordingly, the invoice will be adjusted to reflect a refund claim of 2% of the total estimated value of $80–120 trillion, which remains unpaid and is now past due. As the taxes show in Exhibit A that a refund of Federal Taxes RCFC 9(m) this complaint shows the court Jurisdiction Exists and meeting **§7422(a)** and **§6532(a)** requirements in the exhibits.

Supporting documentation includes:

- **Exhibit A**: Tax filings submitted by Plaintiff, evidencing the financial and legal basis for the contractual obligations.

- **Exhibit B**: Briefing document outlining the intellectual property and dual economic system structure.

5. Plaintiff performed all obligations under the contract, including submitting Invoice No. 001 on 2/9/2004 in the amount of $19,885,75,900,000 , as documented in **Exhibit C**.

6. Despite demand for payment, the United States has failed and refused to pay the outstanding invoice. This refusal is further evidenced by the correspondence attached as **Exhibit D**.

7. Plaintiff has exhausted all administrative remedies available with the agency, as outlined in **Exhibit E**, which includes documentation of attempts to resolve the matter prior to filing this action.

---

IV. CLAIM FOR RELIEF

8. The United States is liable to Plaintiff for breach of contract in failing to pay Invoice No. 001 in the amount of $19,885,75,900,000 , as set forth in **Exhibit C**.

9. Plaintiff is entitled to recover the principal amount of the invoice, plus interest as allowed by law, and costs of this action.

---

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of

Plaintiff and against Defendant, awarding:

a. $19,885,75,900,000.00  or 2% of the over all value of the 120 trillion dollar value for the unpaid invoice number 001 which is to be determined ;

b. Interest as provided by law (28 U.S.C. § 2516(a)) §7422(a) and §6532(a) ;

c. Costs of suit; and

d. Such other and further relief as the Court deems just and proper.

Respectfully submitted,


Dated: 11/20/2025



Michael Shane Adams

952 Upper Meadows Place

Henderson, Nevada. 89052

Phone (702)755-7742

Shanetipps@outlook.com or TIPPSMSA@outlook.com