

SCANNED
NOV 21 2025

Align top of FedEx® shipping label here.

ORIGIN ID:BTRA  (424) 422-9905
KEITH FALCON
952 UPPER MEADOWS PL
HENDERSON, NV 89052
UNITED STATES US

SHIP DATE: 20NOV25
ACTWGT: 0.65 LB
CAD: 6571630/ROSA2670

TO US COURT OF FEDERAL CLAIMS
CLERK
717 MADISON PLACE NORTHWEST
ROOM 103
WASHINGTON DC 20439
(000) 000-0000       REF:
INV:
PO:                      DEPT:

FedEx
Express

E

TRK# 8862 4747 0101
0201

FRI – 21 NOV 8:00A
FIRST OVERNIGHT

X1 VJIA

20439
DC-US   IAD

RECEIVED
NOV 21 2025
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS