IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Total Intellectual Property Protection Services, Inc.,

Plaintiff,

v.

The United States,

Defendant.

Case No. 1:25-cv-01995-TMD

––––––––––––––––––––––––––––––––

## MOTION FOR APPOINTMENT OF COUNSEL DUE TO FINANCIAL HARDSHIP

––––––––––––––––––––––––––––––––

Plaintiff, Total Intellectual Property Protection Services, Inc, respectfully moves this Court for the appointment of counsel to represent the corporation in the above-captioned matter.

1. Plaintiff is a corporation and, pursuant to Rule 83.1(a)(3) of the Rules of the United States Court of Federal Claims, cannot appear pro se and must be represented by an attorney admitted to practice before this Court.

2. Plaintiff has diligently attempted to retain counsel by contacting multiple attorneys and law firms experienced in matters before the Court of Federal Claims. Despite these efforts, Plaintiff has been unable to secure representation.

3. Plaintiff is currently experiencing severe financial hardship. The corporation lacks sufficient resources to pay for private counsel. Without appointed counsel, Plaintiff faces dismissal of its claims solely due to inability to afford representation.

4. Plaintiff believes that appointment of counsel is necessary to ensure access to justice, compliance with the Court's rules, and the fair adjudication of its claims.

5. Plaintiff respectfully requests that the Court exercise its discretion to appoint counsel, or in the alternative, provide guidance on available pro bono or referral programs for corporations seeking representation in this Court.

WHEREFORE, Plaintiff respectfully requests that this Court appoint counsel to represent Total Intellectual Property Protection Services, Inc in this matter, or grant such other relief as the Court deems just and proper.

Dated: 12-18-2025

Respectfully submitted,

Michael Shane Adams

CEO/Chairman

952 Upper Meadows Place

Henderson, NV  89052

702-755-7742

shanetipps@outlook.com