IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Total Intellectual Property Protection Services, Inc,

Plaintiff,

v.

The United States,

Defendant.

Case No. 1:25-cv-01995-TMD

_____

AFFIDAVIT OF FINANCIAL HARDSHIP

_____

I, Michael Shane Adams, being duly sworn, hereby declare and affirm as follows:

1. I am the President of Total Intellectual Property Protection Services, Inc, the Plaintiff in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion for Appointment of Counsel due to financial hardship.

3. Total Intellectual Property Protection Services, Inc., is currently experiencing severe financial distress. The corporation's revenues have declined significantly, and it lacks sufficient funds to retain private counsel.

4. The corporation has contacted multiple attorneys and law firms regarding representation in this matter. Despite these efforts, Plaintiff has been unable to secure counsel due to financial limitations.

5. Attached to this affidavit are true and correct copies of recent financial records, including [balance sheets, tax returns, bank statements, or other relevant documents], which demonstrate the corporation's inability to pay for legal representation.

6. Without appointed counsel, Plaintiff faces dismissal of its claims solely due to lack of representation, rather than on the merits of the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: _12-22-2025_____

City & State: _Madison Tennessee_____

_Michael Shane Adams_____

[Signature]

Michael Shane Adams

President

Total Intellectual Property Protection Services, Inc,

Subscribed and sworn to before me this _day Dec. 22, 25._

by _Ilec Hills_

Notary

My commission expires.
7/3/29

STATE OF TENNESSEE NOTARY PUBLIC
TINA GRUBBS
SUMNER COUNTY